# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00460-CV

**Kenneth Bryson and Sue Bryson, Appellants**

**v.**

**Thomas P. Allison, Appellee**

### FROM THE COUNTY COURT OF MILAM COUNTY
### NO. CV09303, HONORABLE DAVID BARKMEYER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On September 28, 2015, this Court sent notice to appellants that the clerk's record and reporter's record were due in this Court on September 14, 2015, and that notice was received from the district clerk that no payment had been received or arrangements made for payment for the clerk's record. This Court requested that appellants make arrangements for the record and submit a status report. Appellants were notified that their appeal would be dismissed for want of prosecution if they did respond to this Court by October 8, 2015. To date, appellants have not responded to the Court's notice. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed for Want of Prosecution

Filed:   October 15, 2015